UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
File No.: 7:17-CR-35-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| MITCHELL RAY LOCKLEAR ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 682 be sealed until further notice by this Court.

This 22 day of June, 2021.

JAMES C. DEVER III
United States District Judge