IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17CR00035-001D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MITCHELL RAY LOCKLEAR, ) | |
| ) | |
| Defendant. ) | |

UPON MOTION by the United States for an Order to Release funds:

IT IS ORDERED that the Federal Bureau of Investigation turn over funds recovered from Micthell Ray Locklear, in the amount of $733.00, to the financial section of the United States District Court Clerk's Office. The funds shall be applied to the outstanding monetary penalties ordered in this case.

SO ORDERED, this **26** day of October, 2025.

JAMES C. DEVER III
United States District Judge